**Dismiss and Opinion Filed May 22, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00025-CV**

**PJD LAW FIRM, PLLC D/B/A DUGAS & CIRCELLI, PLLC, Appellant**
**V.**
**LYNDSEY CHEEK, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-17486**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Garcia, and Kennedy
Opinion by Justice Pedersen, III

Stating the appeal has become moot in light of our opinion in appellate cause number 05-23-00012-CV, appellant has filed a motion to dismiss the appeal for want of jurisdiction. *See Truluck v. City of Duncanville*, 277 S.W.3d 920, 924 (Tex. App.—Dallas 2009, no pet.) (appellate court lacks jurisdiction over moot controversies). We grant the motion and dismiss the appeal.

/Bill Pedersen, III//
BILL PEDERSEN, III
JUSTICE

230025f.p05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

PJD LAW FIRM, PLLC D/B/A
DUGAS & CIRCELLI, PLLC,
Appellant

No. 05-23-00025-CV       V.

LYNDSEY CHEEK, Appellee

On Appeal from the 134th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-22-17486.
Opinion delivered by Justice
Pedersen, III, Justices Garcia and
Kennedy participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Lyndsey Cheek recover her costs, if any, of this appeal from appellant PJD Law Firm, PLLC d/b/a Dugas & Circelli, PLLC.

Judgment entered this 22nd day of May 2023.